## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139421 | $12,943.90 | 7/18/2023 | 6314628 | 7/18/2023 | $12,943.90 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139458 | $1,902.92 | 7/22/2023 | 6366824 | 7/22/2023 | $1,902.92 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139480 | $6,374.91 | 7/25/2023 | 6400861 | 7/25/2023 | $6,374.91 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139646 | $11,771.64 | 8/1/2023 | 6474657 | 8/1/2023 | $11,771.64 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139975 | $6,791.70 | 8/8/2023 | 6557888 | 8/8/2023 | $6,791.70 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139974 | $2,112.37 | 8/11/2023 | 6586948 | 8/11/2023 | $2,112.37 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139968 | $7,051.47 | 8/16/2023 | 6642157 | 8/16/2023 | $7,051.47 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567139959 | $4,573.55 | 8/28/2023 | 6766255 | 8/28/2023 | $4,573.55 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567140199 | $4,954.26 | 9/1/2023 | 6807857 | 9/1/2023 | $4,954.26 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567140189 | $6,609.64 | 9/12/2023 | 6918354 | 9/12/2023 | $6,609.64 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | 71943567140526 | $1,092.28 | 9/19/2023 | 7005490 | 9/19/2023 | $1,092.28 |

**Totals:** **11 transfer(s), $66,178.64**